UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD MROZEK,<br><br>                    Plaintiff,<br><br>          v.<br><br>CDCR, et al.,<br><br>                    Defendants. | 1:16-cv-00325 AWI-EPG (PC)<br><br>ORDER TO SUBMIT NEW APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding with counsel in a civil rights action pursuant to 42 U.S.C. § 1983.  On March 3, 2016, Plaintiff filed the Complaint commencing this action, together with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF Nos. 1, 4.) However, Plaintiff did not submit the application to proceed *in forma pauperis* on the form used by this Court for prisoner litigants.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause**.  Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **March 21, 2016**                    /s/ *Erica P. Grosjean*
                                                                     UNITED STATES MAGISTRATE JUDGE